FILED

Alana Dunn, et, al,
8252 N. College St
Fresno, CA. 93711
559-412-9770
email: alanadunn549@gmail.com

JUN 30 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1:25-CV-00787-KES-EP6

EASTERN District
Of California Court.

| Alana Dunn et, al Plaintiff vs. Defendant; Kirby Vacuum LLC, et, al | Case No: Complaint: (1) Misleading the consumer. 2. Household product damage @ 22.9% 3: entrepreneur business misleading the customer deception, to customer |
| --- | --- |

Open argument: A Entrepreneur Business; misleading practices, involve any action or communication that deceives and creates a false impression for a customer, often in the context of marketing and sales. This can include :-

a. False advertising.

b. Deceptive pricing.

c. Misrepresenting product or service details.

d. False endorsements and testimonials.

e. Bait-and switch tactics.

1a. Making untrue or exaggerated claims about a product's capabilities benefits, or characteristics.

2b. Advertising false discounts, hidden fees, or misleading pricing structures.

3c. Providing inaccurate information omitting crucial details, or using misleading visuals.

4d. Using fake reviews, or testimonials from people who haven't used the product or have been paid to endorse it without proper disclosure...

5e. Advertising a product at a low price to attact customers, then pushing a more expensive product once they are in the store.

Consequences of misleading Customer: Middle argument;

Business that engage in misleading practices face serious Consequences including:

2a Loss of trust: When customers feel deceived, they lose trust in the business which can be difficult to regain ...

2b. Negative reviews and reputational damge: Misleading customer can result in negative online reviews and damage a business's reputation, leading to lost Sales and decreased revenue...

2c. Legal action: Misleading practices Can lead to lawsuits, from consumers Can result in and competitors including: individual lawsuits, Class Actions, and actions brought by regulatory bodies like the Federal Trade Commission (FTC)

2d. Regulatory penalties: Government agencies can impose fines, issue Cease-and-desist orders, and require Corrective advertising Campaigns.

2e. Civil penalties: Businesses can face civil penalties including fines and orders to stop deceptive practices

2f. Criminal Charges: In some Cases, false advertisting Can be considered a crime, potentially leading to Criminal penalties.

3. Protecting against misleading practices EntrePreneur's can minimize the risk of misleading their customers by:

3a. Being truthful and transparent: All advertising and marketing materials must be accurate and truthful..

3c. Subbtantiating Claims: Ang claims made about a product or Serives Should be supported by evidence ∞

3d. Disclosing material Connections 16 CFR § 255.5 - Disclosure of material Connections, when a Significant minority of the Audience for an endorsement does not understand or expert J Alana Dunn; Plaintiff dealing with a misleading Vacuum Cleaner Contract, here, ...

(1) Review the Contract and identify the misrepresentation.

a. Carefully examine the written Contract.

b. Gather evidence

(2.) Attempt to Resolve the Dispute Amicably.

a. Contact the Company directly: explain how the Contract was misleading

b. Negotiate a resolution.

3. Seek External Assistance.

a. Federal Trade Commission (FTC).

b. State Attorney General;

c. Better Business Bureau (BBB)

d. Consider alternative dispute resolution (ADR)

4. Explore Legal Options:

a. Consult with an attorney Specializing in contract Law:

b. Help you understand, that I have legal valid grounds for rescinding the contract due to misrepresentation (Fraudulent, negligent, or legal issues.

c. Draft a formal letter of Rescission:
Stating your reason to canceling the contract and requesting appropriate remedies.

I Ask the Judge, Negotiate with the other party on your behalf.
           I File A Complaint Misrepresentation Damages recover financial losses incurred as a result of the misrepresentation Act promptly: Time limitations

I Alana Dunn, Plaintiff
prepared for potential challenges
The company may resist our
efforts to cancel the contract
So be prepared to defend
your position with evidence
and protentially seek legal
assistant if necessary!

I Alana Dunn, Plaintiff: By
following these steps, I can
effectively address the misleading
misleading Vacuum contract
and increase our chances
of Achieving a favorable
outcome. Justice will prevail

I Testimony, in the church of Jesus
Christ of Latter-day Saints,
a testimony is a spiritual
witness of the truthfulness of the
gospel, often focused on the
foundational principles of the
Church according to the church's

CC: Emma Dunn, paapalegal Pro Bone 9/28/2025
Emma O. B.      Alana Dunn

  

June 18,2025

Alana Dunn
8252 N. College Ave
Fresno, CA  93711



**KIRBY®**                    *A Scott Fetzer Company*

**DAVID A. GOLDSTEIN**
*Manager*
*Consumer Relations*

**dgoldstein@kirby.com**
Phone 216.529.6150 | Fax 216.529.6146 | www.kirby.com
1920 West 114th Street | Cleveland, Ohio 44102 | U.S.A.

Ms. Dunn,

Per your email dated June 18, 2025, I have attached a copy of the printed release form in order to have your Kirby replaced with the same model.

If you'd like to move forward with that, kindly fill out the release form and have a witness do the same and then take a photo and email it back to me.

Respectfully,

David Goldstein
Manager, Consumer Relations
The Kirby Company

## RELEASE OF ALL CLAIMS

IN CONSIDERATION OF the delivery of a Kirby Avalir 2 system ("Avalir 2"), Alana Dunn ("Ms. Dunn"), the undersigned, on behalf of herself, her heirs, legal representatives, agents, assigns and insurers, hereby agrees to release, upon signing of this document, S&S Company ("S&S"), Jesus Manuel Sosa ("Mr. Sosa"), Kirby Opco, LLC ("Kirby"), Right Lane Industries ("RLI"), and each of their successors, legal representatives, agents, assigns, and insurers from all liability, demands, costs, charges, and expenses as related to the removal of Ms. Dunn's Kirby system, serial number 4230402158 ("Original System"), by a former representative of S&S.

IN ADDITION, Ms. Dunn agrees to honor the terms of her contract with S&S and Preferred Credit Inc., and Kirby will register the Avalir 2 so that the lifetime rebuild program and balance of the 3-year limited warranty that was included with her Original System is honored.

This Release covers all claims, known or unknown, that Ms. Dunn had, now has, or may have against S&S, Mr. Sosa, Kirby, RLI, and each of their successors, legal representatives, agents, assigns, and insurers based on the above-referenced consideration. Ms. Dunn promises that she will not assert against S&S, Mr. Sosa, Kirby, RLI, and each of their successors, legal representatives, agents, assigns, and insurers, in any court of law, any claim or claims related to this situation.

IT IS UNDERSTOOD by the undersigned that the above-referenced consideration is a compromise of a doubtful and disputed claim and that such consideration is not to be construed as an admission of liability on the part of S&S, Mr. Sosa, Kirby, or RLI.  The undersigned further represents that this Release contains the entire agreement between the parties and that the undersigned has read the foregoing Release and fully understands it.

FURTHERMORE, all parties agree to keep the matter and the terms of this settlement confidential, including, but not limited to, disclosing any information related hereto to any third parties, including, but not limited to, websites, social media sights, and third-party regulatory agencies.

Alana Dunn:

Signature: _____   Date: _____

Print Name: _____   Address: _____

Witness:

Signature: _____   Date: _____

Print Name: _____   Address: _____

**KIRBY**®

*A Scott Fetzer Company*

1920 West 114th Street | Cleveland, Ohio 44102
www.kirby.com



CLEVELAND OH 440

quadient

FIRST-CLASS MAIL
IMI
**$000.69** ⁰
06/19/2025 ZIP 44102
043M31261905

US POSTAGE

ALANA DUNN
8252 N. COLLEGE AVE
FRESNO, CA 93711

93711-605452