# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANA DUNN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KIRBY VACUUM LLC,<br><br>　　　　　Defendant. | Case No. 1:25-cv-00787-KES-EPG<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2) |

Plaintiff Alana Dunn proceeds *pro se* in this civil action and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2). Plaintiff has made the requisite showing required by § 1915(a). Accordingly, Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is granted.

IT IS SO ORDERED.

Dated: __**July 7, 2025**__　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1