UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANA DUNN,<br><br>        Plaintiff,<br><br>    v.<br><br>KIRBY VACUUM LLC,<br><br>        Defendant. | Case No. 1:25-cv-00787-KES-EPG<br><br>ORDER REGARDING FIRST AMENDED COMPLAINT<br><br>(ECF No. 5) |

      Plaintiff Alana Dunn proceeds *pro se* and *in forma pauperis* in this civil action. (ECF Nos. 1, 3). Plaintiff's complaint, filed on June 30, 2025, appears to seek to rescind a contract with Defendant Kirby Vacuum LLC. (ECF No. 1).

      Upon screening the initial complaint on July 15, 2025, the Court concluded that Plaintiff failed to state any cognizable claims or demonstrate that this Court has jurisdiction. (ECF No. 5). Accordingly, the Court gave Plaintiff thirty days to file an amended complaint or notice to stand on the original complaint.

      Three days after the Court issued its screening order, Plaintiff filed a document entitled "Amended First Complaint Objection; My Complaint Solicitation and Sake of Appliances, Consumer Protections." (ECF No. 5). Although it is not entirely clear, at least some of this document appears to be a first amended complaint.

Because the document is dated so soon after the Court issued its screening order, the Court will give Plaintiff an opportunity to file a second amended complaint within 30 days.

The Court's screening order dated July 15, 2025 provided important direction to Plaintiff in the event that Plaintiff chose to file an amended complaint. For example, the Court directed Plaintiff to provide facts establishing the Court's subject-matter jurisdiction.

Plaintiff's amended complaint is dated July 17, 2025, making it unlikely that Plaintiff had time to receive and review the July 15 screening order before drafting and filing the amended complaint. Moreover, while the Court will not evaluate the sufficiency of the amended complaint at this time, it appears to have the same legal issues as were identified in the Court's screening order.

Accordingly, IT IS ORDERED as follows:

1. Plaintiff is permitted to file a second amended complaint within 30 days of the date of this order. If Plaintiff files a second amended complaint within this time, the Court will not consider Plaintiff's first amended complaint. Should Plaintiff choose to amend the complaint, Plaintiff shall caption the amended complaint "Second Amended Complaint" and refer to the case number 1:25-cv-00787-KES-EPG

2. If Plaintiff fails to file a second amended complaint within this time, the Court will proceed to screen Plaintiff's first amended complaint and may not provide further leave to amend.

IT IS SO ORDERED.

Dated: **July 22, 2025**        /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE

2