UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANA DUNN,<br><br>            Plaintiff,<br><br>    v.<br><br>KIRBY VACUUM LLC,<br><br>            Defendant. | No. 1:25-cv-00787-KES-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE AND DENYING PLAINTIFF'S SECOND APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>Docs. 8, 9 |

Plaintiff Alana Dunn is proceeding pro se and in forma pauperis ("IFP") in this civil action. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 29, 2025, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's case be dismissed, without prejudice and without leave to amend, for failure to comply with Rule 8 of the Federal Rules of Civil Procedure and for lack of subject-matter jurisdiction. Doc. 9. Further, the magistrate judge recommended that plaintiff's second application to proceed IFP be denied as unnecessary because plaintiff had already been granted leave to proceed IFP. *Id.*; Doc. 3.

The findings and recommendations were served on plaintiff and contained notice that

objections were to be filed within thirty (30) days of service. Doc. 9 at 7. Plaintiff has not filed objections and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. After carefully reviewing the file, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on July 29, 2025, Doc. 9, are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice and without leave to amend, for failure to comply with Rule 8 of the Federal Rules of Civil Procedure and for lack of subject-matter jurisdiction;
3. Plaintiff's second application to proceed IFP is DENIED as unnecessary; and
4. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

   Dated:   September 20, 2025

                                           UNITED STATES DISTRICT JUDGE

2